UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERESA VIGLIONE, | ) |
| Plaintiff, | ) Case No. 2:10-cv-00838-LDG-PAL |
| vs. | ) **ORDER** |
| JAMES McDANIEL, et al., | ) |
| Defendant. | ) |

On December 1, 2010, the parties filed a status report with the Court. (#19). The parties request that the Court keep the case in the ENE process. (*Id.*) The Court will grant this request.

In addition, any further status reports regarding continuation of the ENE should be submitted *in camera* to the ENE judge and should not be filed in CM/ECF. Accordingly,

**IT IS HEREBY ORDERED** that this case shall remain within the ENE process until further order of the Court.

**IT IS FURTHER ORDERED** that the parties shall submit a status report regarding ENE discussions *in camera* to the settlement judge within 30 days of this order.

Dated this 3rd day of December, 2010.

*George Foley Jr.*
_____
GEORGE FOLEY, JR.
United States Magistrate Judge